

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>VIRAJ PATEL<br><br>DEFENDANT(S). | CASE NUMBER<br>SA16-507M<br>~~SA16-494M - 2~~<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___DEFENDANT___, IT IS ORDERED that a detention hearing is set for __Friday__, __Oct. 28, 2016__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/27/2016__          _____
                                DOUGLAS F. McCORMICK
                                U.S. ~~District Judge~~/Magistrate Judge