O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )   CASE NO. ~~SA16-0494M~~   SA16-507M
                                    )
          v.                        )
                                    )   ORDER OF DETENTION
VIRAJ PATEL                         )
                                    )
                    Defendant.      )
_____)

I.

A. (  )   On motion of the Government in a case allegedly involving:

    1. (  )   a crime of violence.

    2. (  )   an offense with maximum sentence of life imprisonment or death.

    3. (  )   a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. (  )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. (  )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (X)   On motion by the Government / (  ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1    allegedly involving:

2    (X)    On the further allegation by the Government of:

3    1. (X)   a serious risk that the defendant will flee.

4    2. ( )   a serious risk that the defendant will:

5       a. ( ) obstruct or attempt to obstruct justice.

6       b. ( ) threaten, injure, or intimidate a prospective witness or juror or

7           attempt to do so.

8    C. The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no

9    condition or combination of conditions will reasonably assure the defendant's

10   appearance as required and the safety of any person or the community.

11

12                 II.

13   A. (✓)  The Court finds that no condition or combination of conditions will

14         reasonably assure:

15    1. (✓)  the appearance of the defendant as required.

16      (✓)  and/or

17    2. (✓)  the safety of any person or the community.

18   B. ( )   The Court finds that the defendant has not rebutted by sufficient

19         evidence to the contrary the presumption provided by statute.

20

21                III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24     offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25     victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following: *Defendant's lack of viable bail*

A. ( ✓ ) As to flight risk: *resources, plus his questionable legal*

B. ( ✓ ) As to danger: *status, foreign connections, and multiple Ids, are*

VI. *concerning on both grounds.*

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1    sentences or being held in custody pending appeal.

2    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

3    opportunity for private consultation with counsel.

4    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

5    or on request of any attorney for the Government, the person in charge of

6    the corrections facility in which the defendant is confined deliver the

7    defendant to a United States marshal for the purpose of an appearance in

8    connection with a court proceeding.

9

10

11

12    DATED: October 28, 2016

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**